THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN T. EDWARDS, Relator, v. SUPERINTENDENT. OF BELLEVUE AND ALLIED HOSPITALS, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ. Settle order on notice before the presiding justice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCES R. REGAN, Relator, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSE C. ROGERS, Relator, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MYRTLE S. WATERHOUSE, Relator, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MARY ANN RAYNOR, Respondent, v. WILLET RAYNOR, Appellant.— Motion to resettle order denied, but a reargument is granted, on the motion of the court, and case set down for January 3, 1923. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SIDNEY SCHWARTZ, Respondent, v. GARIBALDI A. VEDOVI and Others, Copartners, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THEODORE G. SMITH and Another, as Receivers of IMBRIE & COMPANY, Appellants, v. D. NAGASE & COMPANY, LTD., Respondent.— Motion for reargument granted, and case set down for January 2, 1923. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ANTHONY B. CAWLEY, Respondent, v. HENRY WEINER and ANNIE E. WEINER, Appellants, and AGNES THORPE, Defendant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

In the Matter of the Petition of EMMA W. BAHRENBURG to Compel CHARLES G. Koss to Render and Settle His Account as Trustee under the Last Will and Testament of EMMA W. BAHRENBURG, Deceased. In the Matter of the Petition of CHARLES G. Koss to Render and Settle His Account as Trustee, etc., of FRANZISKA GINGER, under the Last Will and Testament of EMMA W. BAHRENBURG, Deceased.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, affirmed, with costs to each of the respondents payable out of the estate. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.